## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| MARIA KOUTSOUKOS, | Civil No. 10-0107 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| SPHERION ATLANTIC RESOURCES, | |
| Defendant. | |

_____

Maria Koutsoukos, Post Office Box 8510, Minneapolis, MN 55408, for plaintiff.

Kerry Middleton and Sara Kalis, **LITTLER MENDELSON, PC,** 80 South Eighth Street, Suite 1300, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the stipulation of dismissal filed by the parties on August 26, 2010 [Docket No. 20].

**IT IS HEREBY ORDERED** that this action be **DISMISSED WITH PREJUDICE**, and without costs to either party. There being no just reason for delay, Judgment of Dismissal shall be immediately entered.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 27, 2010
at Minneapolis, Minnesota.

                                                  s/ John R. Tunheim
                                                  JOHN R. TUNHEIM
                                       United States District Judge